140

*District Attorney,* for appellee.

---

60019. WRIGHT et al. v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY.

POPE, Judge.

This court having entered a judgment in the above-styled case at 156 Ga. App. 704 (275 SE2d 766) (1980) affirming the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 248 Ga. 372 (283 SE2d 466) (1981), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. McMurray, P. J., and Banke, J., concur.*

DECIDED FEBRUARY 2, 1982.

*Harry L. Cashin, Jr., Frank L. Wilson III,* for appellants.
*Frank Love, Jr.,* amicus curiae.
*Charles M. Pursley, Jr., Jo Lanier Meeks,* for appellee.